UNITED STATE DISTRICT COURT
NORTHERN DISTRICT FOR NEW YORK

Michele Gray, M.G. (minor)

Plaintiff(s),

-vs-

Amazon,

Defendant(s).

CASE NO. 1:20-cv-00715 (MAD/DJS)

MOTION FOR GUARDIAN *AD LITEM*

## MOTION FOR APPOINTMENT OF GUARDIAN *AD LITEM*

*Comes Now* Michele Gray, Plaintiff herein and files this Motion for Appointment of Guardian *Ad Litem* for the minor plaintiff and request the court as follows:

1.

Plaintiff file a supra case on 07/29/2020 with the plaintiff's minor child (M.G) as a plaintiff along with the adult plaintiff, Michele Gray.

2.

The minor plaintiff is redressing grievance (*1st amendment*) from the defendant for constant unauthorized harassment by the defendant his entitle life and is suffering and suffer permanent emotional distress and mental anguish.

3.

1

The plaintiff *motion for counsel* (dkt no. 3) in Supra case but was denied upon a *recommendation and order* (dkt no. 8) of amended complaint since the plaintiff has paid the fee and *Forma Pauperis (dkt no. 2)* is probably moot.

4.

The plaintiff is aware of *Federal Civil Procedure Rule 17 (2)* that state, "A minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by guardian ad litem. The court must appoint guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action *(Pub. L. 100–690, title VII, §7049, Nov. 18, 1988, 102 Stat.*

5.

The plaintiff in supra case is requesting appointment for Guardian *Ad Litem* for the minor plaintiff under *Rule 17 (2)*.

Dated 08/06/2020

SIGNATURE
Michele Gray, M.G. (minor)
165A Vandenburgh Place
Troy, New York 12180